# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

ARTHUR ANDERSON                                    PETITIONER

v.                  NO.     4:15cr00169-JM-1
                             4:19cv000088

UNITED STATES OF AMERICA                          RESPONDENT

## **ORDER**

Pending is Petitioner's motion for the issuance of a certificate of appealability. (Docket # 272). Pursuant to the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), the right to appeal the denial of a § 2255 motion is governed by the certificate of appealability requirements of 28 U.S.C. § 2253(c). 28 U.S.C. § 2253(c)(2) provides that a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. A "substantial showing" is one that proves "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Stated differently, "[a] substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997). The Court finds no issue on which petitioner has made a substantial showing of the denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 8th day of June, 2021.

_____
James M. Moody Jr.
United States District Judge